**FILED**
August 4, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,            )<br>v.                              )<br>                                )<br>STEVEN RICHARD STEELE,          )<br>                                )<br>          Defendant.            ) | Case No. MAG S-06-0210 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release STEVEN RICHARD STEELE, Case No. MAG S-06-0210 DAD, Charge Title 21 USC §§ 841; 846, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

X   Bail Posted in the Sum of $ 100,000.00 to be secured by 8/31/06

__  Unsecured Appearance Bond $ _____

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

X   (Other)  with conditions + pretrial services supervision, unsecured until posting of property.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 4, 2006  at  Sacramento, CA .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal