1  DWIGHT M. SAMUEL (CA BAR# 054486)
   A PROFESSIONAL CORPORATION
2  117 J Street, Suite 202
   Sacramento, California 95814
3  916-447-1193

4  Attorney for Defendant
   STEVEN STEELE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S06-0325 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | PROPOSED ORDER |
| ) | |
| STEVEN STEELE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendants, through counsel, and the United States of America, through Assistant U.S. Attorney Jason Hitt, agree that the Status Conference set for January 26, 2007 at 9:00 am be continued to February 9, 2007 at 9:00 am.

    In addition, it is agreed that the court should find excludable time from the date of the last proceeding, pursuant to local rule T-4.

Respectfully submitted,

DATED: January 18, 2007    /S/_____
                           Dwight M. Samuel
                           Attorney for Defendant
                           Steven Steele

1

| | |
|---|---|
| DATED: January 18, 2007 | /S/_____<br>Gilbert A. Roque<br>Attorney for Defendant<br>Fernando Maloney |
| DATED: January 18, 2007 | /S/_____<br>Matt Bockmon<br>Attorney for Defendant<br>Mark Hirschfield |
| DATED: January 18, 2007 | /S/_____<br>Jason Hitt<br>Assistant United States Attorney<br>(Signed per Telephonic authorization) |

IT IS SO ORDERED.

Dated:  January 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge