```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-06-0325 GEB |
| ) Plaintiff, ) | STIPULATION AND PROPOSED ORDER CONTINUING JUDGMENT AND |
| v. ) | SENTENCE |
| STEVEN RICHARD STEELE, ) et al., ) | |
| Defendants. ) | |
| _____) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Steven STEELE, by his counsel, Dwight Samuel, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of December 7, 2007, at 9:00 a.m. should be continued to January 11, 2008, at 9:00 a.m.

```
Dated: December 6, 2007        /s/Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney


Dated: December 6, 2007        /s/Jason Hitt
                               Authorized to sign for Ms. Barbour
                               on 12-06-07
                               DWIGHT SAMUEL, Esq.
                               Counsel for STEELE
```

_____

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of December 7, 2007, at 9:00 a.m., is CONTINUED to January 11, 2008, at 9:00 a.m.

IT IS SO ORDERED.

Date: December 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge